FULL NAME
Bryan Edward Kaye

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
318 S Melrose St #2, Anaheim CA 92805

PRISON NUMBER (if applicable)

Fee Paid

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 25 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bryan Edward Kaye

PLAINTIFF,

v.

Doug Chaffee, Katrina Foley, Gassia
Apkarian, Andy Mansourian, Renee Garcia,
see defendant list below and Does 1-19

DEFENDANT(S).

CASE NUMBER

8:25-cv-00585-SSS-SHK

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
   appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
   occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☐ Yes   ☒ No

   If your answer is no, explain why not <u>Defendants listed refuse to respond to the petitions, and have retaliated with more</u>

   <u>false reports, false statements, and refusal to communicate about this issue.</u>

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff <u>Bryan Edward Kaye</u>

(print plaintiff's name)

who presently resides at <u>318 S Melrose St #2, Anaheim CA 92805</u>

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
the county buildings, main offices of the County Supervisors at 400 W Civic Center Dr Santa Ana CA 92701.

(institution/city where violation occurred)

on (date or dates) _____August 20, 2012_____ , _____ , _____ .
                        (Claim I)                (Claim II)          (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   Doug Chaffee _____ resides or works at
                (full name of first defendant)
                400 W Civic Center Dr., Santa Ana CA 92701 _____
                (full address of first defendant)
                County of Orange Board Supervisor, Chairman of the Board _____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
During the public comments at county board meeting, as Chair, Chaffee interrupted speaker Kaye and stated his comments

were "NOT TRUE" Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

2.  Defendant   Don Wagner _____ resides or works at
                (full name of first defendant)
                400 W Civic Center Dr., Santa Ana CA 92701 _____
                (full address of first defendant)
                County of Orange Supervisor _____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
During the public comments at county board meeting, as Supervisor, Wagner interrupted speaker Kaye and called  speaker a "FOOL" and ordered

speaker a "FOOL" and ordered the speaker to "SHUT UP".  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

3.  Defendant   Katrina Foley _____ resides or works at
                (full name of first defendant)
                400 W Civic Center Dr., Santa Ana CA 92701 _____
                (full address of first defendant)
                County of Orange Supervisor _____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
During public comments at county board meeting, Supervisor Foley asked if the sheriff could remove Speaker

Kaye, silencing him.  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

4. Defendant  Gassia Apkarian _____ resides or works at
               (full name of first defendant)

               918 E Santa Ana Blvd., Santa Ana CA 92701
               (full address of first defendant)

               then, county legal aid criminal defense attorney, now Orange County Judge
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As a county legal aid criminal defense attorney, created and entered a false, forged criminal plea agreement for case number

11HM11558 dated 8/20/12.  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

5. Defendant  Renee Garcia _____ resides or works at
               (full name of first defendant)

               600 W Santa Ana Blvd. Suite 900, Santa Ana CA 92701
               (full address of first defendant)

               Criminal Defense Attorney / Panel / Conflict Attorney
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As court appointed criminal defense attorney for Kaye, Garcia did make false statements, and entered false documents to the

court claiming to have met with Kaye, they never met.  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

on (date or dates) _____August 20, 2012_____ , _____ , _____ .
                              (Claim I)                    (Claim II)                    (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.    Defendant    Dr Lisa Grajewski _____ resides or works at
                      (full name of first defendant)

                      1601 Dove St., Suite 100, Newport beach, CA 92660
                      (full address of first defendant)

                      court appointed psychologist
                      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As a court appointed psychologist, provided court ordered psychological report claiming only "cure" for Bryan Kaye was forced medication

There never was an evaluation, just a report.  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

2.    Defendant    Andrew Mansourian _____ resides or works at
                      (full name of first defendant)

                      700 Civic Center Dr. West, Santa Ana, CA 92701
                      (full address of first defendant)

                      Orange County Judge
                      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As Orange County Judge presiding over case no. 11HM11558, on Aug 20, 2012, allowed, and used a false, forged criminal plea agreement

while failing to read the plea aloud in court.  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

3.    Defendant    Ashleigh Aitken _____ resides or works at
                      (full name of first defendant)

                      200 S Anaheim Blvd.
                      (full address of first defendant)

                      Anaheim, CA 92805
                      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As Mayor, has received petitions to redress grievances for Kaye.  Rather than address the petitions, has remained silent.

This silence allows the false grievance to stand.  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

4. Defendant    Natalie Rubalcaba _____ resides or works at
               (full name of first defendant)

               200 S Anaheim Blvd
               (full address of first defendant)

               Anaheim, CA 92805
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As City Council Representative, has received petitions to redress grievances for Kaye.  Rather than address the petitions

Natalie has filed for a protective order.  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038.

5. Defendant    Michael Cunha _____ resides or works at

               (full name of first defendant)

               425 S Harbor Blvd.  Anaheim CA 92805
               (full address of first defendant)

               police officer
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As a police officer, during an arrest turned OFF recorder / destroyed recording, threatened to, then attempted to

kill Kaye.  Filed false reports.  Violation of Constitution First Amendment and 18 U.S. Code § 472, 475, 514 and 1038

### D. CLAIMS*

#### CLAIM I

The following civil right has been violated:

The Constitutional Right to Freedom to petition the government to redress grievances.

Violation of 18 U.S. Code § 472 - prohibiting uttering counterfeit obligations or securities

Violation of 18 U.S. Code § 473 - prohibiting dealing in counterfeit obligations or securities

Violation of 18 U.S. Code § 514 - prohibiting fictitious obligations

Violation of 18 U.S. Code § 241 -- Denial of Due Process.  Use of false forged documents implements.

Violation of Penal Code 115(a) prohibit the submission of false / forged plea documents to a government office / court.

Violation of 18 U.S.C. 4 Fraud by a Court-

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

see attached pages

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Injunctive Relief - as that the false, forged criminal plea agreement for case #11HM1556 entered into the Superior

of California, County of Orange, Harbor Justice Center - Newport Beach, CA 92660-2595 is connected to,

is a connected case with Case #13NM13255 and Cases 1-19 and to current case # 22CF2998 out of the

Superior Court of California, County of Orange Central Justice Center 700 Civic Center Drive West,

Santa Ana, CA 92701 ... are all VOID, and VOIDABLE, all of these cases must be dismissed with prejudice,

and all the files be destroyed as possible.

A Protective Order - Protecting Bryan Kaye from any further, future, unwanted contact by and from :

1. City of Anaheim, and all Police, City Attorneys, City Council, Mayor and other officials and employees.

2. County of Orange, and all Sheriff, County Attorneys, County Supervisors and Chair, and other

   officials and employees.

Actual Damages - Damages and losses to income, home, time with family and friends.  $ 2,000,000

Actual Damages - Damages from the intentional infliction of emotional distress. $ 5,000,000

Retrospective Relief - Damages and relief from what happened in the past, things that cannot ever be repaid

or corrected can be addressed through a retrospective relief.  This is also meant to protect me into the

future to prevent any future damages being caused by these violations, crimes and false documents.

Disgorgement - I have been damaged beyond recognition by my own Mother and family.  Disgorgment

Relief will provide a lifetime order preventing any future obligation by myself to attend to or address these

matters in the future, extending until the end of my life.

March 23, 2025

_(Date)_                                    _(Signature of Plaintiff)_

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ….

Supporting Facts for Doug Chaffee as Defendant -

Doug Chaffee is the Chair of the Orange County Board of Supervisors.
Acting as Chair, has with knowledge, and willful intent to defraud, interrupted and silenced speaker
Bryan Kaye during the time allotted to him during public comments of the County Board Meeting.

Bryan Kaye was petitioning the County Board of Orange to redress a grievance.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Chair Chaffee
to accept the petition and redress the grievance.

Chair Chaffee, acting under the color of authority as the Chair of the Orange County Board of
Supervisors, did interrupt Speaker Kaye during the allotted, protected time, and sate "NOT TRUE".
Chair Chaffee did turn OFF the microphone, preventing the petition being submitted by Speaker
Kaye from being submitted and accepted, and did order the Deputy Sheriff to remove Speaker Kaye
from the meeting.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw
and also Federal Law. (Owen v. Independence- Officers of the Court have no immunity when
violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud
by a court).

The actions by Chair Chaffee are not protected under the Constitution, the law, and therefor are fully
prosecutable under the law.

When a speaker is at the microphone, during the time allowed, the leader, the authority figure has no
authority to interrupt, nor to challenge statements made. The speaker has the FLOOR, and unless
an emergency arises, there is NO allowance to turn off the microphone, silence the speaker,
destroying the petition, and preventing any proper response by the County of Orange. These
RIGHTS and RESPONSIBILITIES are afforded the SPEAKER by the First Amendment of the
Constitution, the SUPREME LAW of the LAND. Speaker Kaye is statutorily damaged by the
violation of the Constitution.

The actions by Chair Chaffee violate the First Amendment of the Constitution of the United States.

Speaker Kaye was presenting a petition, one that challenged actions taken by the Orange County
Judges, Courts, Prosecuting Attorneys, Public Defenders, Sheriff Department, all county agents,
employees and supporting staff. The words spoken by Chair Chaffee .. "NOT TRUE" .. under color
of authority as County Supervisor, has, is, and will continue to cause the Orange County Judges,
Courts, Prosecuting Attorneys, Public Defenders, Sheriff Department, all county agents, employees
and supporting staff to continue to IGNORE the petition by Speaker Kaye, and will continue to violate
the Rights of Speaker Kaye, and will continue to cause damages to Speaker Kaye and his family.

Link to public record of the meeting -
https://ocgov.granicus.com/player/clip/5369?view_id=8&redirect=true
Time Stamp at beginning of speech by Speaker Kaye        2:00:35
Time Stamp for interruption by Chair Chaffee             2:01:10

In a legal tongue twister, when Chair Chaffee uttered "NOT TRUE", his words were a violation of
18 U.S. Code § 472 - 18 U.S. Code § 473 - 18 U.S. Code § 514.   The false statement by Chair
Chaffee was delivered with the intent to defraud. The utterance of the challenge "NOT TRUE" by
Chair Chaffee acting as the County Supervisor, was produced, and presented to the public, and to
County agencies, the District Attorney, The Public Defender, the Sheriff, and all other employees of
the County of Orange that the false, forged documents and reports filed against Bryan Kaye are valid,
and that the county will continue to maintain those violations under color of law.  When Chair Chaffee
said "NOT TRUE", his statement to that effect, was 'NOT TRUE'.

As evidence that the violation of the Constitution is the damage, when Chair Chaffee ordered the
Deputy Sheriff to remove Speaker Kaye from the meeting for causing a disturbance during the
meeting, this act was performed by Deputy Valentine.  As proof that there was no disturbance, before
escorting Speaker Kaye away from the mic, Deputy Valentine and Bryan Kaye shook hands at the
podium.

Speaker Bryan Kaye is damaged by the violations by Chairman Doug Chaffee and has been forced
to file this report to protect his family, his home, his finances, and his freedoms under the Constitution
of the United States.

For further information about the CONTENT of the PETITION filed by Speaker Kaye, refer to
Supporting Facts pages on the co-defendants.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ….

Supporting Facts for Don Wagner as Defendant

Don Wagner is an Orange County Board Supervisor.
Acting as a County Supervisor, with knowledge, and willful intent to defraud, interrupted and silenced speaker Bryan Kaye during the time allotted to him during public comments of the County Board Meeting.

Bryan Kaye was petitioning the County Board of Orange to redress a grievance.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Supervisor Wagner to accept the petition and redress the grievance.

Supervisor Wagner, acting under the color of authority as a County Supervisor, did interrupt Speaker Kaye during the allotted, protected time, and ordered Speaker Kaye to "SHUT UP".    Supervisor Wagner went on to call Speaker Kaye a "FOOL".  These interruptions and false statements by Chairman Wagner did prevent the petition being submitted by Speaker Kaye from being submitted and accepted.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw and also Federal Law.  (Owen v. Independence- Officers of the Court have no immunity when violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud by a court)

The actions by Chair Chaffee are not protected under the Constitution, the law, and therefor are fully prosecutable under the law.

When a speaker is at the microphone, during the time allowed, the leader, the authority figure has no authority to interrupt, nor to challenge statements made.  The speaker has the FLOOR, and unless an emergency arises, there is NO allowance to turn off the microphone, silence the speaker, destroying the petition, and preventing any proper response by the County of Orange.  These RIGHTS and RESPONSIBILITIES are afforded the SPEAKER by the First Amendment of the Constitution, the SUPREME LAW of the LAND.   Speaker Kaye is statutorily damaged by the violation of the Constitution.

The actions by Supervisor Don Wagner violate the First Amendment of the Constitution of the United States.

Link to public record of the meeting -
https://ocgov.granicus.com/player/clip/5369?view_id=8&redirect=true
Time Stamp at beginning of speech by Speaker Kaye          3:06:10
Time Stamp for interruptions by Don Wagner          3:06:10

Speaker Kaye was presenting a petition, one that challenged actions taken by the Orange County Judges, Courts, Prosecuting Attorneys, Public Defenders, Sheriff Department, all county agents, employees and supporting staff.  The words spoken by Supervisor Wagner .. "SHUT UP" and "YOU FOOL" .. under color of authority as County Supervisor, has, is, and will continue to cause the Orange County Judges, Courts, Prosecuting Attorneys, Public Defenders, Sheriff Department, all county agents, employees and supporting staff to continue to IGNORE the petition by Speaker Kaye,

and will continue to violate the Rights of Speaker Kaye, and will continue to cause damages to Speaker Kaye and his family.

When Speaker Kaye challenges Supervisor Wagner for an explanation for his actions, no answer is provided.

Supervisor Wagner is willing to take action, yet he has no explanation for WHY he has done what he has done.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ....

Supporting Facts for Katrina Foley

Katrina Foley is an Orange County Board Supervisor.
Acting as a County Supervisor, with knowledge, and willful intent to defraud, interrupted and silenced speaker Bryan Kaye during the time allotted to him during public comments of the County Board Meeting.

Bryan Kaye was petitioning the County Board of Orange to redress a grievance.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Supervisor Foley to accept the petition and redress the grievance.

Supervisor Foley, acting under the color of authority as a County Supervisor, did interrupt Speaker Kaye during the allotted, protected time, and requested that Chair Chaffee have the deputy sheriff remove Speaker Kaye from the meeting.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw and also Federal Law.  (Owen v. Independence- Officers of the Court have no immunity when violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud by a court)

The actions by Supervisor Foley are not protected under the Constitution, the law, and therefor are fully prosecutable under the law.

When a speaker is at the microphone, during the time allowed, the leader, the authority figure has no authority to interrupt, nor to challenge statements made.  The speaker has the FLOOR, and unless an emergency arises, there is NO allowance to turn off the microphone, silence the speaker, destroying the petition, and preventing any proper response by the County of Orange.  These RIGHTS and RESPONSIBILITIES are afforded the SPEAKER by the First Amendment of the Constitution, the SUPREME LAW of the LAND.   Speaker Kaye is statutorily damaged by the violation of the Constitution.

The actions by Supervisor Foley violate the First Amendment of the Constitution of the United States.

Link to public record of the meeting -
https://ocgov.granicus.com/player/clip/5369?view_id=8&redirect=true
Time Stamp at beginning of speech by Speaker Kaye          3:06:10
Time Stamp for interruptions by Don Wagner                       3:06:10

Speaker Kaye was presenting a petition, one that challenged actions taken by the Orange County Judges, Courts, Prosecuting Attorneys, Public Defenders, Sheriff Department, all county agents, employees and supporting staff. The request by Katrina Foley unto Chair Chaffee to have Speaker Kaye prevents the acceptance and a proper response by the county Board of Supervisors.  This causes  Orange County Judges, Courts, Prosecuting Attorneys, Public Defenders, Sheriff Department, all county agents, employees and supporting staff to continue to IGNORE the petition by Speaker Kaye, and will continue to violate the Rights of Speaker Kaye, and will continue to cause damages to Speaker Kaye and his family.

Speaker Kaye presented a petition to Katrina Foley petitioning for redress of a false, forged criminal plea agreement created and submitted by then legal aid attorney, Gassia Apkarian now Orange County Judge.

Supervisor Foley acknowledged that the plea was wrong, and that the county owed Speaker Kaye a correction, but that she (Foley) would have to check with her supporters.

Speaker Kaye investigated, and discovered that Alice Apkarian, immediate relative of Gassia Apkarian was donating to the campaign fund of Katrina Foley.

Alice Apkarian, an immediate relative of Gassia Apkarian who lives with, and is a dependent of Gassia Apkarian, donates the maximum amount allowable by law to the Election Campaign Fund for Katrina Foley.  These donations have been made quarterly since 2022, and continue today.

See attached copies of CA Form 460 showing the donations from Alice Apkarian to Katrina Foley.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Supervisor Foley to accept the petition and redress the grievance.

Supervisor Foley, under color of authority as County Supervisor, did not follow the lawfully sanctioned path.  Supervisor Foley, under color of authority as County Supervisor, did attempt to silence Speaker Kaye through the use of her position of authority over the Orange County Deputy Sheriff.

Supervisor Foley, upon discovering that Gassia Apkarian was a donor, "changed her mind' about following the Constitution and instead, chose to retaliate against Speaker Kaye, and created a false affidavit, filed a false criminal report with the Orange County Deputy Sheriff, in an attempt to silence Speaker Kaye.  Violation of The Constitutional First Amendment, Penal Code 115(a), 18 U.S. Code § 472 - 18 U.S. Code § 473 -  18 U.S. Code § 514 - all prohibiting the creation of and the submission of false, forged implements and documents to government offices with the attempt to defraud the court, and the victim, Speaker Kaye.

The reason Supervisor Katrina Foley requested that Speaker Kaye be silenced, was to prevent his words, his speech, the truth  … to be heard by the people, she did not want the petition to be presented, she did not want the county to respond to the petition.  This act by Katrina Foley, parallels the abusive spouse, cutting the phone line, or breaking the phone to prevent the abused spouse from calling 9-11 and calling for help or a drunk driver leaving the scene of a violent accident with injuries to other people.

This current crime by Katrina Foley is worse than the original crime reported.  Once again, the covering up of the original crime, is worse than the original crime itself.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ....

Supporting Facts for Gassia Apkarian as Defendant -

Gassia Apkarian acting as a County Legal Aid Criminal Defense Attorney hired by Bryan Kaye, did with the intent to defraud, did create and submit to the court a false, forged criminal plea agreement in criminal case no 11HM11558 dated August 20, 2012 in the Superior Court of Orange County Harbor Justice Center.

Gassia Apkarian, acting as a criminal defense attorney, with knowledge, and willful intent to defraud, did create and submit a false, forged criminal plea agreement in the name of Bryan Kaye. This act violates the Constitution, and Title 18 U.S.C. 4 violation fraud by a court and 18 U.S. Code § 472 - 18 U.S. Code § 473 - 18 U.S. Code § 514 prohibiting the use of any false utterance or other action that can, has and will force the ongoing violation of the law against Bryan Kaye.

Bryan Kaye attempted to petition Gassia Apkarian to redress the grievance.

Rather than redress the grievance, Apkarian filed a false criminal complaint against Kaye for making this attempt to communicate. Dates and case nos. are on the recored, but not available for the writing of this report.

Bryan Kaye petitioned the Orange County Board of Supervisors, and Supervisor Katrina Foley held a Zoom meeting during which Foley acknowledged that this grievance needed attention, however, Foley will check with her supporters to see what she should do.

Gassia Apkarian had her dependent relative, Alice Apkarian, make quarterly donations to the Campaign fund to elect Katrina Foley. These donations appear to begin in 2022 at $250 a quarter, and $750 for the first year. The donations continue to the present day.

A county judge making donations to a county supervisors violates all ideals and laws governing impartiality. For that judge and that supervisor to BOTH having had filed false criminal charges against Bryan Kaye should raise suspicions that extend beyond the limits of this case.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Gassia Apkarian to accept the petition and redress the grievance.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw and also Federal Law. (Owen v. Independence- Officers of the Court have no immunity when violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud by a court).

While the false, forged criminal plea agreement was filed over 12 years ago, there is NO STATUTE of LIMITATIONS with a false, forged document in place. The false / forged criminal plea agreement is VOID, and is VOIDABLE, waiting for a Judge to VOID the criminal plea, and any and all orders and actions as a result of the false forged criminal plea agreement.

The actions by Gassia Apkarian have Violated the Civil Rights of Bryan Kaye and his family. The violation of these rights is damage in of itself. The actions that violate the civil rights of Bryan Kaye, are the cause, and have forced Bryan Kaye to file this case in Federal Court.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ….

Supporting Facts for Renee Garcia as Defendant -

Renee Garcia was appointed as a criminal defense attorney in case no 22CF2998 to represent Bryan
Kaye.  The appointment was made in January of 2024.    The case was held at the Superior Court of
California, County of Orange, Central Justice Center.  700 Civic Center Dr West, Santa Ana CA
92701.

Renee Garcia never met with Kaye.

Renee appeared in court and claimed to have met with Kaye, and that after the meeting.  Renee
claimed that during the meeting, she and Bryan agreed with participating in the mental health
program.  Renee claimed that she could tell that Kaye was mentally ill, and incapable of participating
in his own defense.  This meeting never occurred.

This act by Renee Garcia, acting as a criminal defense attorney, with knowledge, and willful intent to
defraud, did create and submit a false, implement, this act violates the Constitution, and Title 18
U.S.C. 4 violation fraud by a court and 18 U.S. Code § 472 - 18 U.S. Code § 473 - 18 U.S. Code §
514 and Penal Code 115(a) prohibiting the use of any false utterance or other action that can, has
and will force the ongoing violation of the law against Bryan Kaye.

Bryan Kaye attempted to petition Garcia to redress the grievance.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Garcia to
accept the petition and redress the grievance.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw
and also Federal Law.  (Owen v. Independence- Officers of the Court have no immunity when
violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud
by a court).

This violation of the Constitution and Penal Code 115(a) has been reported to the FBI, Crimes
Committed Under the Color of Authority Office at 4000 Metropolitan Dr #200, Orange CA 92868.
The report was filed on **July 10th 2024** in the afternoon with 'Duty Agent B'.

July 11, 2024, Kaye attended court, and Garcia was not there, and the report by Dr Lisa Grajewski
was not being used by Judge Nguyen.  Judge Nguyen appointed another attorney to the case, and
set the next court date out about 45 days.

THANK YOU to the FBI for recognizing the crimes reported by Bryan Kaye.
**THANK YOU** to the FBI for standing up for what is right, and enforcing the Constitution.

The FBI took action and had Renee Garcia and Dr Lisa Grajewski removed from the case, and
appointed a new attorney, Christian Jensen.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ….

Supporting Facts for Dr Lisa Grajewski as Defendant -

Bryan Kaye was ordered to appear before Dr Lisa Grajewski and undergo a psychological evaluation for case no 22CF2998.

Dr Lisa Grajewski was ordered to provide a psychological report on Bryan Kaye.  The evaluation that precedes and is required for a report to be filed, never occurred.  This lack of an evaluation did not stop Dr Grajewski from filing a report with the court for Judge Nguyen.

Dr Lisa Grajewski did file a report, acknowledging having never met with Kaye.  The report clearly stated that despite having never met with Kaye, and with possessing a license to practice psychology, generated a report that claimed the only 'cure' for Bryan Kaye was to be admitted to a mental health facility and forced medication for an indefinite amount of time.  This report was practicing psychiatry without a license.  This report is false, and fraud upon the court.  This report violates the Constitution, Penal Code 115, and Title 18 U.S.C. 4 violation fraud by a court and 18 U.S. Code § 472 - 18 U.S. Code § 473 - 18 U.S. Code § 514 prohibiting the use of any false utterance or other action that can, has and will force the ongoing violation of the law against Bryan Kaye.

Bryan Kaye attempted to petition Dr Grajewski to redress the grievance.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Dr Grajewski to accept the petition and redress the grievance.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw and also Federal Law.  (Owen v. Independence- Officers of the Court have no immunity when violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud by a court).

Rather than redress the grievance, Dr Grajewski asked the court to issue a protective order preventing Kaye from communicating and preventing Kaye from petitioning for a redress of the grievance of the false report.

Dr Grajewski continues to stand by her false report, and has yet to issue a retraction of the report.

THANK YOU to the FBI for recognizing the crimes reported by Bryan Kaye.
**THANK YOU** to the FBI for standing up for what is right, and enforcing the Constitution.

The FBI took action and had Renee Garcia and Dr Lisa Grajewski removed from the case, and appointed a new attorney, Christian Jensen.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ….

Supporting Facts for Andrew Mansourian as Defendant -

On August 20, 2012, Judge Andrew Mansourian presided over case no 11HM11558 with County Legal Aid attorney Gassia Apkarian as criminal defense attorney for Bryan Kaye.

Apkarian presented the false, forged criminal plea agreement to Judge Mansourian.

Mansourian accepted the plea, and immediately began walking out of the courtroom.

Kaye, realizing this was wrong, shouted out 'I did NOT sign that plea'.


Mansourian looked back at Kaye, smiled, opened the door and exited the court.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw and also Federal Law. (Owen v. Independence- Officers of the Court have no immunity when violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud by a court).

Bryan Kaye petitioned Judge Andrew Mansourian to redress the grievance.

Rather than redress the grievance,  Judge Mansourian accepted a false criminal complaint against Kaye.

The actions by Judge Mansourian violates the Constitution, and Title 18 U.S.C. 4 violation fraud by a court and 18 U.S. Code § 472 - 18 U.S. Code § 473 - 18 U.S. Code § 514 prohibiting the use of any false utterance or other action that can, has and will force the ongoing violation of the law against Bryan Kaye.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ....

Supporting Facts for Ashleigh Aitken as Defendant -

Bryan Kaye has presented written petitions and spoken at Anaheim City Council meetings before
Mayor Ashleigh Aitken, presenting a petition to redress the grievances detailed in the petitions.

Mayor Aitken failed to address the petition.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Mayor
Ashleigh Aitken to accept the petition and redress the grievance of Ofc Michael Cunha destroying
recordings and filing a false report against Bryan Kaye.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw
and also Federal Law.  (Owen v. Independence- Officers of the Court have no immunity when
violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud
by a court).

While crimes typically require an action by the Defendant, in this case, the failure to act, creates the
necessary motivation for the Anaheim Police, the City Attorney and the people watching and listening
to believe that the statements by Kaye are not true and that there is no need to investigate of to
address the petitions filed by Kaye.

Despite the subtlety of the actions by Mayor Ashleigh Aitken, these actions do Violate the
Constitution, and Title 18 U.S.C. 4 violation fraud by a court and 18 U.S. Code § 472 - 18 U.S. Code
§ 473 - 18 U.S. Code § 514 prohibiting the use of any false utterance or other action that can, has
and will force the ongoing violation of the law against Bryan Kaye.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ….

Supporting Facts for Natalie Rubalcaba as Defendant -

Natalie Rubalcaba is the Anaheim City Council Representative for the District in Anaheim where
Bryan Kaye resides.

Bryan Kaye has presented written petitions and spoken at Anaheim City Council meetings before
Council Member Rubalcaba, presenting a petition to redress the grievances detailed in the petitions.

The lawful action, protected by the Constitution, the Law and Qualified Immunity, is for Natalie
Rubalcaba to accept the petition and redress the grievance.

Government employees, agents and elected officials are bound to abide by Supreme Court caselaw
and also Federal Law.  (Owen v. Independence- Officers of the Court have no immunity when
violating Constitutional Rights for they are deemed to know the Law.) Title 18 U.S.C. 4 violation fraud
by a court).

Rubalcaba, acting as a City Council Member, with knowledge, and willful intent to defraud, ignore and
allow Anaheim Police officer Michael Cunha to turn off his recorder, and file false a false report
against Bryan Kaye.

 This act violates the Constitution, and Title 18 U.S.C. 4 violation fraud by a court and 18 U.S. Code §
472 - 18 U.S. Code § 473 - 18 U.S. Code § 514 prohibiting the use of any false utterance or other
action that can, has and will force the ongoing violation of the law against Bryan Kaye.

Rather than address the petition, Rubalcaba filed for a workplace protective order against Kaye.
This act is retaliation and violates the Constitutional protection when petitioning for redress of a
grievance.

United States District Court Central District of California
Civil Rights Complaint Kaye v. The State, Doug Chaffee ….

Supporting Facts for Michael Cunha as Defendant -

On November 14, 2013 at approximately 12:30, Bryan Kaye was riding a bicycle east on Broadway to go to Ralph's supermarket on State College.

Anaheim Police Officer Michael Cunha actuated a traffic stop, and pulled Kaye over.

Kaye dismounted the bicycle, and stood ready to identify himself and to communicate with the officer.

Officer Cunha exited his vehicle, approached Kaye, and stated into his radio that 'suspect is resisting arrest'.

Kaye was standing perfectly still, looking directly into the officer's eyes, awaiting a verbal communication.

Officer Cunha grabbed Kaye by the arm, and then twisted it behind Kaye, placing his weight on the body of Kaye, then tackling him causing damage to the knee, a torn meniscus of Kaye.

Once Kaye was tackled and subdued on the ground, Officer Cunha threatened Kaye with the same fate that Kelly Thomas faced.  Officer Cunha continued to report that Kaye was resisting arrest, and making every possible attempt to kill Kaye the same way that Kelly Thomas was killed.

_____

*Kelly Thomas was approached by Fullerton Police Officer Ramos.   Thomas was threatened by Fullerton Officer Ramos with great bodily harm.  Thomas made every attempt to comply, and to follow orders.*

*Ramos put on a pair of rubber gloves, and explained that the gloves were going to be used to "FUCK YOU UP" (you being Thomas).    Ramos made repeated threats to Thomas that made Thomas fear for his life.*

*Thomas, after hearing the statements made by Ramos, feared for his life, and began to move to defend and protect himself from the assault.*

*Ramos, and supporting officers arrived and beat and tased Thomas until Thomas was immobile and incapable of moving …..*

*Thomas died five days later of his injuries.*

_____

Officer Cunha filed a false report claiming that Kaye resisted arrest.

City Attorney Brian Fox and Retained attorney Rance Welch filed a false, forged criminal plea agreement in the name of Bryan Kaye.

Kaye stood up in court and clearly stated that he (Kaye) NEVER signed the plea agreement.

City Attorney Brian Foxx and Retained attorney Ranch Welch threatened Kaye with years in prison and continued to use the false, forged criminal plea agreement despite the objection made by Kaye.

Kaye filed a complaint with internal affairs of Anaheim Police Department.

Internal Affairs GAVE the personal information of Bryan Kaye, to Officer Cunha.

Officer Cunha began sending text messages to Kaye.

Kaye attempted to talk Cunha down, and to find a healthy, common ground to communicate.  Kaye works for, and is friends with a Garden Grove Police Captain (Ret / Deceased) who attempted to make peace.  Kaye at one point asked Cunha if he knew a person can be both Polish and Jewish.

Officer Cunha responded by saying "BOTH NIGGERS".  Then to confirm, Cunha stated, "Don't twist my verbiage"

Kaye reported this to …. everyone … Anaheim Police Internal Affairs, the Chief of Police, the City Council and Mayor, the county District Attorney, Public Defender, Human Relations, the County Board of Supervisors and the Chair of the County of Orange Board of Supervisors.

Everyone ignored, laughed at, or retaliated against Kaye with more false reports, false, forged criminal plea agreements, false statements and indifference.

Bryan Kaye v. Doug Chaffee

## Exhibit A

Copy of criminal plea agreement for case no 11HM11558 dated 8/20/12.

A false document, forged by County Criminal Defense Attorney Gassia Apkarian
Supported by Robert Goodman, District Attorney
and
Approved by Judge Andy Mansourian

the document fails to have the bailiff's signature and right thumb print

This document is VOID, and VOIDABLE.

SUPERIOR COURT ... COUNTY ...
... ERAL MISDE... ...NOR GUILTY PLEA ...

CASE NO. _11HM 11558_                    PEOPLE vs _Bryan Edward Kaye_

1. My true full name is _Bryan Edward Kaye_

2. I understand that I am pleading ☑ **GUILTY** / ☐ **NOLO CONTENDERE** and admitting the following offenses, prior convictions and special punishment allegations, with the maximum punishment indicated below:

| CT. | CHARGE | PRIORS (Date) FILED ...GATIONS | MAX SENTENCE JAIL/FINES |
|---|---|---|---|
| 1 | dismissed | COUNTY OF ORANGE / HARBOR JUSTICE CENTER / NEWPORT BEACH FACILITY | |
| 2 | 653 m(b) | AUG 20 2012 | 1 yr /$1,000 |
| 3 | dismissed | ALAN CARLSON, Clerk of the Court | |
| 4 | 653 m (b) | BY___T. Hauck___DEPUTY | 1 yr /$1,000 |

3. I understand I am also charged with a violation of probation in Case No. _____    3.☒

**RIGHTS AND WAIVERS**

4. I understand I have the following constitutional rights, which I am waiving and giving up by entering my plea, and, if applicable, by my admission of a probation violation:    4.☒

4a. I have the right to be represented by an attorney at all stages of the proceedings until the case is completed. If I cannot afford an attorney, one will be appointed to represent me free of charge. (For defendants without an attorney. I am aware that there are dangers and disadvantages of representing myself but I knowingly and voluntarily waive and give up my right to an attorney and choose to represent myself.)    ☒

4b. I have the right to a speedy and public trial by a jury or a judge, and if charged with a probation violation, the right to a hearing before a judge. I waive and give up this right.    4b.☒ ✓

4c. I have the right to confront the witnesses against me and to cross examine them. I waive and give up this right.    4c.☒ ✓

4d. I have the right to testify on my own behalf, but I cannot be compelled to be a witness against myself and may remain silent if I choose. I waive and give up this right.    4d.☒ ✓

4e. I have the right to present evidence and have the Court issue subpoenas to bring into Court all witnesses and evidence favorable to me, at no cost to me. I waive and give up this right.    ☒

4f. Under the Fourth and Fourteenth Amendments to the United States Constitution, I have a right to be free from unreasonable searches and seizures. If I am granted probation, I waive and give up this right. I agree to submit my person and property, including any residence, premises, container, or vehicle under my control, to search and seizure at any time of the day or night by any law enforcement or probation officer, with or without a warrant, and with or without reasonable cause or reasonable suspicion.    4f.☒ ✓

5. I understand I have the right to appeal an adverse ruling on a Penal Code section 1538.5 suppression motion. I waive and give up this right.    5.☒

6. I understand that I have the right to have a delay in pronouncement of my sentence of not less than six hours and not more than five days after my plea. I waive and give up this right and agree to be sentenced at this time    

SUPERIOR COURT, COUNTY OF ORANGE
GENERAL MISDEMEANOR GUILTY PLEA FORM

7.  I understand I have the right to reject probation, and I hereby waive and give up that right and accept probation on the terms and conditions ☒ as imposed by the court, or ☐ as contained in the attached Sentence Recommendation form. 

  7a.  If the judge does not wish to follow the Prosecutor's sentence recommendation, I may withdraw my plea. 

  7b.  If I violate any of the terms of probation, I may be returned to court and sentenced up to the maximum punishment as indicated in 2 above. 

## CONSEQUENCES:

8.  I understand that some possible consequences of my plea and admissions are as follows:

  8a.  There will be state penalty assessments added to any fines imposed by the court. 

  8b.  I will be ordered to pay a minimum of $100 and a maximum of $1,000 to the State Restitution Fund unless the court makes a finding of "compelling and extraordinary reasons" for waiving this fine. 

  8c.  I will be ordered to pay a minimum of $100 and a maximum of $1,000 probation revocation restitution fine pursuant to Penal Code section 1202.44. The restitution fine will be stayed but will be payable only upon final revocation of probation. 

  8d.  If I am not a citizen of the United States the conviction for the offense(s) charged may have the consequence of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States. 

  8e.  If I am charged and convicted of a similar offense in the future, my plea today may be used to increase my punishment for the new offense. 

  8f.  If I am presently on probation or parole for any previous conviction, my plea today may cause me to be in violation of that probation or parole and result in additional penalties and/or punishment. 

  8g.  ~~There may be additional consequences to my plea, as follows:~~  

      ☒ ~~I may be required to register as a sex offender as required by Penal Code section 290.~~

  ~~☒ I may be required to register as a drug offender as required by Health and Safety section 11590.~~

  8h.  The Department of Motor Vehicles may take action and may suspend my driver's license for specified drug, alcohol offenses and vandalism, including the following:

      EVERYONE convicted of Penal Code section(s) 594, 594.3, or 594.4 (Vandalism): 1 year suspension.

      UNDER 21 years of age – Suspended for 1 year for violation of Penal Code section(s) 647f, 192.5; Health and Safety Code sections  involving dangerous drugs, controlled substances, and alcohol; Business and Professions Code section(s) 25658, 25658.5, 25661, 25662; Vehicle Code section(s) 23222, 23224. 

9.  I understand I have the right to enter my plea before, and be sentenced by, a judge. I waive and give up this right and agree to enter my plea before, and be sentenced by, a commissioner or temporary judge: _____ (enter name of Commissioner or Temporary Judge). 

SUPERIOR COURT OF CALIFORNIA, COUNTY OF O     E

MISDEMEANOR SENTENCE RECOMMENDATION

PEOPLE VS _Bryan Kaye_                    CASE NUMBER _11HM11558_

☑ Count(s) _1, 3_ dismissed on motion of People.
☑ Count(s) _2, 4_ sentence suspended.
☐ Count(s) _____ stayed pursuant to PC 654.

### TERMS

☒ Imposition ☐ Execution of sentence is suspended. _3_ years
☐ Formal ☑ Informal PROBATION as to Count(s) _2, 4_
☒ Violate no laws ☒ Obey all orders and rules of Court, Probation Department & Jail.
☒ Submit to search and seizure.
☐ Consume no alcoholic beverages and do not be present in any establishment where alcohol is primary item of sale.
☐ Do not drive with a measurable amount of alcohol in blood system.
☐ Submit to a chemical test of blood on demand of any peace officer or probation officer.
☐ Use no unauthorized drugs, narcotics or controlled substances and submit to chemical testing on demand of probation officer or police officer.
☐ Cooperate with Probation Department in any plan for counseling or treatment.
☐ Seek training, schooling, employment and maintain residence as approved by the Probation Department.
☐ Do not associate with anyone disapproved of by your probation officer.
☐ Do not own, use or possess any type of dangerous or deadly weapon ☐ Term of 10 years .
☐ Court orders weapon destroyed.
☐ Do not drive without a valid driver's license in your possession.
☐ Do not drive without valid insurance.
☒ Use TRUE NAME and Date of Birth at all times.
☐ Carry valid government issued identification card at all times.
☐ Provide the Court with your current address, telephone number, employer's name, address and telephone number. Immediately notify the Court of any changes.
☒ Disclose probation terms upon request of Probation or Law Enforcement Officer.

### FINES AND FEES

☐ Pay a fine of $_____ + Penalty Assessment on count _____.
☐ Pay a fine of $_____ + Penalty Assessment on count _____.
☐ Commit on fine(s) on count(s) _____ for _____ days.
☐ Pay $_____ Court Costs on count(s) _____.
☐ Pay $50 Alcohol Abuse Education Fee. (VC 23645)
☐ Pay $37 Testing Fee. (PC 1463.14)
☐ Pay $100 Alcohol Assessment Fee. (VC 23649)
☐ Pay $50 Lab Fee. (PC 1463.14/HS 11372.5)
☐ Pay $_____ Domestic Violence Discretionary Fee for all Orange County Domestic Violence Shelters. (PC 1203.097)
☐ Pay $_____ Domestic Violence Prevention Fund. (PC 1203.097(a)(5))

### THE FOLLOWING FEES ARE NOT CONDITIONS OF PROBATION:

☒ Pay $_100_ State Restitution Fine (minimum of $100.00) on count(s)_____ (PC 1202.4(b)(1))
☒ Pay $_100_ Probation Revocation Restitution Fine (minimum of $100.00). Restitution fine stayed. Effective upon final revocation of probation. (PC 1202.44)
☒ Pay the following fees:
  - Criminal Conviction Assessment Fee(s) $30/misdemeanor; $35/infraction (per convicted count). (GC 70373(a)(1))
  - $40.00 Court Operations Fee (per convicted count) (PC 1465.8)
  - Additional fees as required by law
  ☐ $10 Local Crime Prevention Fund (PC 1202.5)
  ☐ Booking fees in the amount of $_____
☐ Pay costs of formal probation as directed by Probation Officer.
☐ Fines/Fees to be paid forthwith.
☐ Fines/Fees to be paid through Court Collections ☐ forthwith ☐ by _____.
☐ Fines/Fees to be paid through Probation.

Additional program fees may be applicable and paid through the program.

### JAIL

☐ Serve _____ days Orange County Jail on Count _____.
☐ Serve _____ days Orange County Jail on Count _____.
☐ Jail to be served through the City of _____
☐ Credit for _____ actual + _____ = total _____.
  ☐ Work release denied ☐ Electronic Confinement denied
  ☐ County Work Program denied
☐ JAIL STAYED to _____ at _____ am/pm. Report to ☐ Theo Lacy ☐ Orange County Jail-Intake Release Center.
☐ May be released to an authorized representative of the _____ program to serve remainder of jail sentence.
☐ Serve _____ weekends at _____ Jail (no good time or work time to be applied to original sentence).
☐ Sentence(s) to run consecutive / concurrent to each other /any other sentence / Case No:_____.
☐ Jail stayed to _____ pending successful completion of
  ☐ Probation ☐ Community Service ☐ Cal Trans
  ☐ Cal Trans/Physical Labor by _____
☐ Receive day for day credit. If program not completed, full jail sentence to be imposed with no credit for time served.
☐ To be served in State Prison concurrently.
☐ Book and release and show proof by _____.

### COMMUNITY SERVICE / OTHER PROGRAMS

☑ Complete _20_ ☐ hours ☑ days of ☐ Comm. Service
  ☑ Cal Trans ☐ Cal Trans/Physical Labor
  ☐ in lieu of fines ☐ in lieu of jail
☐ Complete Graffiti Removal as to count(s) _____
☑ Proof of completion due to the Clerk's Office by _2/20/13_

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

MISDEMEANOR SENTENCE RECOMMENDAT...

PEOPLE VS _____

CASE NUMBER_____

## ALCOHOL & DRUG/PROGRAMS/DRIVERS LICENSE

Complete 1st Offender Program:

☐ 3 month program  ☐ 6 month  ☐ 9 month

☐ Complete Multiple Offender – 18 month

☐ 12 hour program

☐ Attend MADD Victim Impact Panel. Proof of completion due to the Clerk's Office by_____.

☐ Attend and complete _____ self help and/or Alcoholics Anonymous meetings ☐ self help and/or Narcotics Anonymous meetings ☐ per day ☐ per week ☐ per month. Proof due by _____.

☐ Court designates defendant a Habitual Offender. (VC 13350(b))

☐ Driving privilege suspended for 1 year pursuant to:

☐ VC 13202 (Vehicle conviction related to controlled substances)

☐ VC 13202.5 (Alcohol / Drugs under the age of 21)

☐ VC 13202.6 (Vandalism)

☐ Complete Youthful Alcohol & Drug Deterrence Program and show proof to the Clerk's Office by _____.

☐ Install Ignition Interlock Device on vehicles owned and/or operated by defendant for ____ ☐ months ☐ years (up to 3 years maximum).

☐ Enroll and complete PC 1210 program. Proof of enrollment due by _____. Refer to PC 1210 Addendum

☐ Register with local law enforcement within 5 days from today or within 5 days upon release from custody pursuant to:

☐ HS 11590 (narcotics offense)

☐ PC 186.30 (gang related offense)

☐ PC 457.1 (arson offense) – Lifetime registration

☐ PC 290 (sex offense) – Lifetime registration

☐ Submit to AIDS testing. Proof due to Department _____ by _____.

☐ Attend and complete AIDS Prevention Education. Proof of completion due to the Clerk's Office by_____.

## DOMESTIC VIOLENCE

☐ Complete Batterers' Treatment Program. (52 weeks active participation required)

☐ Alcohol/Drug Component

☐ Total abstinence from alcohol and drugs

☐ Test alcohol and drugs (blood or urine only)

☐ Parenting component

☐ One year Child Abuser's Program.

☐ Health Care Agency Perinatal Program.

☐ Other program(s) _____ ☐ weeks

☐ months ☐ years active participation required.

☐ Proof of enrollment due to the Judicial Assistant, located in the Clerk's Office, by_____.

I have read, I understand, and I accept these terms and conditions of probation.

Date: 8/20/12    Defendant's Signature_____

Defense Counsel Signature:_____

## DOMESTIC VIOLENCE, continued

☐ Comply with Court protective order.

☐ Surrender all firearms within 24 hours as required by law and file proof of surrender form within 48 hours with the Court.

## RESTITUTION

☐ Make Restitution in the amount of $ _____ or as determined through ☐ Victim Witness ☐ Probation, with interest at the rate of 10% ☐ from the date of sentencing ☐ from the date of loss.

☐ Pay $ _____ to Victim Witness Emergency Fund by _____. (PC 1203.1(j))

☐ Pay cost of counseling to the victim and/or children in the amount of $ _____.

☐ Submit a new financial disclosure form if money is still owing on a restitution order or fine 120 days before the scheduled release from probation. File the form with the court at least 90 days before the scheduled release from probation.

☐ Complete and return Statement of Assets form by _____.

## ADDITIONAL TERMS & CONDITIONS

☐ Have no contact with _____.

☐ Stay _____ ☐ miles ☐ yards away from _____.

☐ Obey all rules of Court ordered program. Do not leave the program without Court approval.

☐ Probation to ☐ terminate ☐ be modified to Informal status upon _____.

## ADDENDUMS

☐ PC 1210 with Disclosure  ☐ Gang ☐ Graffiti

☐ _____

☐ _____

## DEFERRED ENTRY OF JUDGMENT (PC1000)

☐ All checked terms and conditions will be imposed, if terminated from the PC1000 Program.

REPORT ☐ forthwith ☐ by stay date to:

☐ Collections  ☐ Clerk's Office  ☐ Judicial Assistant

☐ OneOC  ☐ Alcohol Liaison  ☐ Probation

☐ District Attorney  ☐ Victim Witness  ☐ _____

OTHER ☒ obey protective order

_____

**NOTICE TO DEFENDANT:** After successful completion of probation, or if not placed on probation, any time after the lapse of one year from the date of pronouncement of judgment, you may petition the court to dismiss the charges under Penal Code Section 1203.4. This notice does not apply to any protective orders.

D.A. / C.A. Signature: _Robert Brookin_

SUPERIOR COURT, COUNTY OF OR...
...ERAL MISDEMEANOR GUILTY PLEA    M

PLEA

10. I offer my plea and admit the listed priors and allegations freely and voluntarily. No one has made any threats, used any force against me or my family or loved ones, and no one has made any promises to me other than as on the Sentence Recommendation form.

11. I make my plea with a full understanding of all the matters set forth in the charging document and in this form, that I have read, understood, and personally initialed each item herein, and I understand that the signing and filing of this form is conclusive evidence that I have pleaded ☑ GUILTY / ☐ NOLO CONTENDERE to the charges set forth.

12. I offer the following as a factual basis for my plea: On 4/5/11 + 7/2/11 in O.C., CA I made repeated telephone calls unlawfully with the intent to annoy + harass Martin C. and Diane H. After Martin counted Fraud + Dina Theatened me with arrest over a civil matter - wanted to stop fraud + theats

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

DATED: 8/20/12    SIGNED: _____ (Defendant)

DEFENDANT'S ATTORNEY: I am the attorney of record for the defendant. I have explained each of the above rights to the defendant and answered all of the defendant's questions with regard to the plea. I have discussed the facts of the defendant's case with the defendant and explained the consequences of this plea, the elements of the offense(s), the possible defenses, and the sentence to be imposed. I concur in this plea and in the defendant's decision to waive his/her constitutional rights.

DATED: 8/20/12    SIGNED: _____ (Attorney of Record)

INTERPRETER'S STATEMENT: Having been sworn or having a written oath on file, I certify that I translated this form to the defendant in the _____ language. The defendant stated that (s)he understood the contents of this form and then (s)he initialed and signed the form.

DATED: _____    SIGNED: _____ (Court Interpreter)

FOR THE PEOPLE:

DATED: 8.20.12    SIGNED: Robert Goodkin

_____ (Bailiff's Signature and Badge #)

Right Thumb Print

Bryan Kaye v. Doug Chaffee

# Exhibit B

CA Form 460

This shows an ongoing donation from Alice Apkrian, an immediate relative, who lives with Gassia Apkarian, to the campaign fund of Katrina Foley.

This donation demonstrates a connection between Gassia Apkarian, who created a false criminal plea agreement and forged the signature of Bryan Kaye, and Katrina Foley, who filed a false criminal complaint against Bryan Kaye.



Bryan Kaye v. Doug Chaffee

# Exhibit C

Letter from Shirley N Weber, Ph.D. | Secretary of State | State of California

this letter shows that the following Defendants do not have an Oath of Office registered
with the office of the Secretary of the State of California.


Honorable Todd Allan Spitzer
Sheriff Don Barnes
Doug Chaffee
Don Wagner
Katrina Foley
Ashleigh Aitken

**SHIRLEY N. WEBER, Ph.D.** | SECRETARY OF STATE | STATE OF CALIFORNIA
LEGAL AFFAIRS OFFICE
1500 11th Street | Sacramento, CA 95814 | 916.695.1242 | www.sos.ca.gov

October 22, 2024

Tony Vu
info@fusiontechx.com

RE: California Public Records Act Request of October 17, 2024

Dear Tony Vu,

Thank you for contacting the California Secretary of State with your request for records pursuant to the California Public Records Act. A copy of your request is attached.

<u>Responsive Records</u>

The following records have been located in response to your request:

Oath of Office of Judge of the Superior Court County of Orange William D. Claster, subscription date January 7, 2019 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange William D. Claster, subscription date January 7, 2013 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange William D. Claster, subscription date December 29, 2010 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange Sheila F. Hanson, subscription date January 7, 2019 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange Sheila Hanson, subscription date January 7, 2013 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange Sheila F. Hanson, subscription date December 13, 2006 (single page hard copy)

Oath of Office of Clerk Recorder County of Orange Hugh Nguyen, subscription date April 5, 2013 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange Cheri Pham, subscription date January 3, 2011 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange Cheri T. Pham, subscription date July 30, 2010 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange Cheri Pham, subscription date January 3, 2017 (single page hard copy)

Oath of Office of Judge of the Superior Court County of Orange Cheri T. Pham, subscription date January 3, 2023 (single page hard copy)

Oath of Office of the Chief Executive Officer, Clerk of the Superior Court County of Santa Clara David H. Yamasaki, subscription date July 7, 2008 (single page hard copy)

Oath of Office of Member of the Judicial Council David H. Yamasaki, subscription date August 5, 2011 (single page hard copy)

Records That Do Not Exist/Could Not Be Located

After a diligent search of our records, we were unable to locate records responsive to the following request:

Oath of Office for Sheriff Coroner Don Barnes

Oath of Office for Todd Allan Spitzer

Oath of Office for County Executive Office Frank Kim

Oath of Office for Orange County Supervisor, First District Andrew Do

Oath of Office for Orange County Supervisor, Second District Vicente Sarmiento

Oath of Office for Orange County Supervisor, Third District Donald P. Wagner

Oath of Office for Orange County Supervisor, Fourth District Doug Chaffee

Oath of Office for Orange County Supervisor, Fifth District Katrina Foley

Oath of Office for Mayor of Santa Ana Valerie Amezcua

Oath of Office for Mayor of Anaheim Ashleigh Aitken

Oath of Office for Mayor of Irvine Farrah N. Khan

Oath of Office for Mayor of Huntington Beach Tony Strickland

Oath of Office for Mayor of Fullerton Fred Jung

The California Public Records Act permits the Secretary of State to collect statutory fees for the cost of producing copies of its records, which must be remitted at the time the records are requested. The statutory fees for reproduction of plain copies of the records you have requested are $13.00. However, we are able to provide the attached electronic copy of each record identified above at no charge.

We hope this information is helpful to you. If you have any questions about this or another matter related to records available at the Secretary of State's Office, please contact us again.

Sincerely,
Legal Affairs Office
Secretary of State