# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BRYAN EDWARD KAYE,<br><br>Plaintiff,<br><br>v.<br><br>DOUG CHAFFEE et al.,<br><br>Defendants. | No. SA CV 25-00585-SSS (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed.

Plaintiff brings this action to challenge primarily three criminal proceedings against him in the Orange County Superior Court. [Dkt. 54]. The Report recommends dismissal of Plaintiff's First Amended Complaint without further leave to amend because his claims are barred by judicial immunity, *Heck v. Humphrey*, 512 U.S. 477 (1994), the absence of a private right of action under criminal law, and the statute of limitations. [Dkt. 78]. Moreover, Plaintiff has failed to demonstrate that his First Amendment rights were violated. *Id.* Plaintiff's "Appeal of Summary Dismissal," which are construed

as objections to the Report (Dkt. 79), do not merit any change to the Report's findings or recommendations.

Plaintiff's objections are not responsive to the Report.  For example, Plaintiff asserts, "According to God, via the Bible, in following Country, via the Constitution, and out of LOVE for the family, Bryan Kaye . . . is Bryan Kaye . . . it is this Court, and the Defendants that have created, and saddled the label of Plaintiff, Defendant, Mentally Ill, criminal, incapable of providing proper legal services and legal documents / motions that inspire the court to open the protective umbrella of the Constitution, and allow Bryan Kaye, his family . . . to enjoy the full potential of American Freedom." [Dkt. 79 at 2 (ellipsis in original)].  He asserts that the Report has recommended the denial of his claims "in what reads like a bad warranty for a cheap toaster given out by a bank in an attempt to invite people to open new bank accounts."  *Id*. at 3. He asserts that "IF the petitions by Bryan Kaye are answered, then, everyone, by DEFINITION OF LAW, is safe, healthy and happy."  *Id*. at 5.  Plaintiff then discusses several other cases involving individuals who have no relation to this case.  *Id*. at 5-9.  Plaintiff concludes, "This pain and suffering experienced by Bryan Kaye, is the weight of the millions of deaths at the hands of the German officers during WWII under the order to IGNORE all petitions and move forward with the executions."  *Id*. at 12.  The remainder of the objections are similarly nonsensical and irrelevant.

The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.


\\

\\

\\


2

IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss are GRANTED without leave to amend. The Clerk of Court is directed to close this case.

Date: January 22, 2026

_____
SUNSHINE SUZANNE SYKES
United States District Judge