JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| BRYAN EDWARD KAYE, | No. SA CV 25-00585-SSS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| DOUG CHAFFEE et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motions to Dismiss are GRANTED and this case is DISMISSED with prejudice.

Date: January 22, 2026

_____
SUNSHINE SUZANNE SYKES
United States District Judge